UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JANET HALBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 7:23-CV-85-REW |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Plaintiff Janet Halbert moves to proceed *in forma pauperis*. *See* DE 3 (Motion). The Court,

being sufficiently advised, and on consideration of the materials submitted and the standards of 28

U.S.C. § 1915(a)(1), **GRANTS** Halbert's motion.

This the 27th day of October, 2023.

Signed By:

*Robert E. Wier*

**United States District Judge**