UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JANET HALBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 7:23-CV-85-REW |
| | ) | |
| MARTIN O'MALLEY, Acting | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Defendant Martin O'Malley[1], Acting Commissioner of Social Security, through counsel, moves to file a response to Plaintiff Janet Halbert's motion for a preliminary injunction, *see* DE 4, out of time. *See* DE 10 (Motion). The Court **ORDERS** Plaintiff to respond to DE 10 by **January 5, 2024**.

This the 27th day of December, 2023.

Signed By:
*Robert E. Wier*   REW
**United States District Judge**

---

[1] When Plaintiff Janet Halbert initially filed the instant action on October 26, 2023, Kilolo Kijakazi was the Acting Commissioner of Social Security, and was named as the defendant. *See* DE 1 (Complaint). Martin O'Malley because the Commissioner of Social Security on December 20, 2023. *See* DE 10 at 1 n. 1 (Motion). Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner O'Malley will be substituted as the defendant.