UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JANET HALBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 7:23-CV-85-REW |
| | ) | |
| MARTIN O'MALLEY, Acting | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Martin O'Malley, Acting Commissioner of Social Security, through counsel, moves to file a response to Plaintiff Janet Halbert's motion for a preliminary injunction, *see* DE 4, out of time. *See* DE 10 (Motion). The Court ordered Plaintiff to respond. *See* DE 12 (Order). Plaintiff responded, indicating no objection to Defendant's motion. *See* DE 13 (Response). Accordingly, the Court **GRANTS** DE 10. Defendant may file a response to Plaintiff's motion for a preliminary injunction (attached to DE 10 as DE 10-2) out of time.

This the 28th day of December, 2023.

Signed By:
*Robert E. Wier* / REW
United States District Judge