UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JANET HALBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 7:23-CV-85-REW |
| | ) | |
| MARTIN O'MALLEY, Acting | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Janet Halbert, through counsel, moved to hold this case in abeyance pending the Sixth Circuit's ruling in *Sexton v. Commissioner of Social Security*. *See* DE 17 (Motion). The Court ordered Defendant Martin O'Malley to respond. *See* DE 18 (Order). O'Malley complied. *See* DE 19 (Response). On May 6, 2024, the Sixth Circuit issued a ruling in *Sexton* (No. 23-5981). Accordingly, the Court **DENIES** DE 17 as moot.

This the 7th day of May, 2024.

Signed By:
*Robert E. Wier*    RW
United States District Judge