UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JANET HALBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 7:23-CV-85-REW |
| | ) | |
| FRANK BISIGNANO, | ) | JUDGMENT |
| *Commissioner of the Social Security* | ) | |
| *Administration*, | ) | |
| | ) | |
| Defendant. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion & Order entered on this day and pursuant to Federal Rule of Civil Procedure 58, the Court:

1. **DENIES** Halbert's request for judgment (DE 26);

2. **AFFIRMS** the Agency's decision under sentence four of 42 U.S.C. § 405(g); and

3. **DIRECTS** the Clerk to strike this matter from the Court's active docket.

This the 30th day of June, 2025.

Signed By:

*Robert E. Wier*

**United States District Judge**